IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL DAVIS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 15-4855** |
| | : | |
| **SUPERINTENDANT CAMERON, DISTRICT ATTORNEY OF DELAWARE COUNTY, PA and THE PENNSYLVANIA ATTORNEY GENERAL** | : : : : : | |

## ORDER

**NOW**, this 27th day of July, 2016, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1), the Respondents' Answer to Petition for Writ of Habeas Corpus (Document No. 7), the Report and Recommendation filed by United States Magistrate Judge M. Faith Angell on April 15, 2016 and the petitioner's objections to the Report and Recommendation (Document No. 14), and after a thorough and independent review of the record, it is **ORDERED** that:

1. The petitioner's objections are **OVERRULED**;

2. The Report and Recommendation of Magistrate Judge Angell is **APPROVED** and **ADOPTED**;

3. The Petition for Writ of Habeas Corpus is **DENIED**; and,

4. There is no probable cause to issue a certificate of appealability.


      /s/Timothy J. Savage
TIMOTHY J. SAVAGE,  J.